JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
KIRSTIN AULT (CABN 206052)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
Email: michael.t.pyle@usdoj.gov

ANDY J. MAO
MICHAL TINGLE
ROBERT CHANDLER
PATRICK KLEIN
Attorneys
Civil Division
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-4678
robert.chandler@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ARTHUR R. JAHR, III, et al., ANTHONY SMITH, & DONALD K. WADSWORTH et al., <br><br>Plaintiffs, <br><br>Plaintiffs, <br><br>v. <br><br>TETRA TECH EC, INC., *et al.*, <br>Defendants. | CASE NO: 3:13-CV-3835 JD <br><br>RELATED ACTIONS:  3:16-CV-1106 JD <br>                                     3:16-CV-1107 JD <br><br>**PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF CONSENT TO DISMISSAL AND [PROPOSED ORDER][1]** |

---

[1] The United States is aware that Paragraph 19 of the Court's Standing Order for Civil Cases states that "requests will be disregarded" if parties "ask the Court for an order where one is not needed." Here, 31 U.S.C. §3730(b)(1) requires the Court's written consent to dismissal and thus a proposed Order is attached.

UNITED STATES OF AMERICA'S NOTICE OF CONSENT TO DISMISSAL AND [PROPOSED] ORDER
3:13-CV-3835 JD; 3:16-CV-1106 JD; 3:16-CV-1107 JD

On August 23, 2019, Relators filed notices of voluntary dismissal for New World Environmental, Inc. (Doc. 101) and Aleut World Solutions, LLC (Doc. 102) from the above-captioned litigation without prejudice.  On August 25, 2019, Relators filed a notice of voluntary dismissal of Tetra Tech EM, Inc. (Doc. 103) from the above-captioned litigation without prejudice.

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of New World Environmental, Inc. (from the *Jahr* case, 13-cv-3835), Aleut World Solutions, LLC (from the *Jahr* case, 13-cv-3835), and Tetra Tech EM, Inc. (from the *Smith* case, 16-cv-1106) without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

DATED: August 29, 2019	Respectfully submitted,

DAVID L. ANDERSON
UNITED STATES ATTORNEY

*/s/ Michael T. Pyle*
By:	_____.
MICHAEL T. PYLE
Assistant U.S. Attorney

ANDY J. MAO
MICHAL TINGLE
ROBERT CHANDLER
PATRICK KLEIN
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-4678
robert.chandler@usdoj.gov

Attorneys for the United States of America

**PROPOSED ORDER**

Relators having filed notices of voluntary dismissal and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and for good cause shown, IT IS HEREBY ORDERED that:

1. New World Environmental, Inc. is dismissed without prejudice from the *Jahr* case, 13-cv-3835;
2. Aleut World Solutions, LLC is dismissed without prejudice from the *Jahr* case, 13-cv-3835; and
3. Tetra Tech EM, Inc. is dismissed without prejudice from the *Smith* case, 16-cv-1106.

This _____ day of _____, 2019

_____
Hon. James Donato
United States District Judge