UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TETRA TECH EC, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>        Defendants. | Case No. 20-cv-08100-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to *United States of America v. Tetra Tech EC, Inc.,* 13-cv-03835-JD.

**IT IS SO ORDERED.**

Dated: January 26, 2021



JON S. TIGAR
United States District Judge