

**DAVINA PUJARI**
PARTNER
DIRECT DIAL (415) 995-5077
DIRECT FAX (415) 995-3526
E-MAIL dpujari@hansonbridgett.com

July 1, 2021

<u>VIA ELECTRONIC FILING CM/ECF</u>

Honorable James Donato
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   <u>*US ex rel. Arthur Jahr v. Tetra Tech EC, Inc.*, **Case No. 3:13-cv-3835-JD**</u>
      <u>**Withdrawal of June 10 Discovery Letter Brief**</u>

Dear Judge Donato:

On behalf of Tetra Tech EC, Inc. ("TtEC"), we are writing to inform the Court that the United States and TtEC have resolved their pending discovery dispute and TtEC hereby withdraws its prior discovery letter brief, filed June 10, 2021 (ECF No. 254).

Respectfully submitted,

Davina Pujari
Counsel for TtEC

**Hanson Bridgett LLP**
425 Market Street, 26th Floor, San Francisco, CA 94105     hansonbridgett.com

17661859.1