AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America *ex rel.* Arthur R. Jahr | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 13-cv-03835-JD |
| Tetra Tech EC, Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DARYL DELONG.

Date: March 22, 2022

*Attorney's signature*

Joshua Bordin-Wosk; CA State Bar No. 241077
Bryan C. Swaim; CA State Bar No. 289729
*Printed name and bar number*

6100 Center Drive, Suite 1100, Los Angeles, CA 90045
*Address*

jbordinwosk@bordinsemmer.com; bswaim@bordinsemmer.com
*E-mail address*

(323) 457-2110
*Telephone number*

(323) 457-2120
*FAX number*