BRIAN BOYNTON
Principal Deputy Assistant Attorney General

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorneys
    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5087
    Email: michael.t.pyle@usdoj.gov

JAMIE ANN YAVELBERG
PATRICK KLEIN
JONATHAN K. HOERNER
JOHN F. SCHIFALACQUA
A. THOMAS MORRIS
Attorneys
Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 598-6849
    John.f.schifalcqua@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ARTHUR R. JAHR, *et al.*, ANTHONY SMITH, & DONALD K. WADSWORTH *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>TETRA TECH EC, INC.,<br><br>            Defendant. | CASE NO. 13-3835 JD<br>RELATED ACTIONS: 3:16-CV-1106 JD;<br>                             3:16-CV-1107 JD<br><br>**NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL ROBERT CHANDLER FOR PLAINTIF UNITED STATES OF AMERICA** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff United States of America requests that Robert Chandler, currently listed as an attorney of record for Plaintiff United States of America, be withdrawn as counsel and as an attorney of record in this case. Plaintiff United States of America will be represented by counsel listed below, each of whom have entered appearances on behalf of Plaintiff United States of America in these related matters.

>MICHAEL T. PYLE (CABN 172954)
>SAVITH IYENGAR (CABN 268342)
>Assistant United States Attorneys
>150 Almaden Boulevard, Suite 900
>San Jose, California 95113
>Telephone: (408) 535-5087
>Email: michael.t.pyle@usdoj.gov

>JONATHAN K. HOERNER
>JOHN F. SCHIFALACQUA
>A. THOMAS MORRIS
>Attorneys
>Civil Division
>United States Department of Justice
>P.O. Box 261
>Ben Franklin Station
>Washington, D.C. 20044
>Telephone: (202) 598-6849
>John.f.schifalcqua@usdoj.gov

Plaintiff United States of America respectfully requests that Robert Chandler be removed from the Court's electronic mail list for this case.

DATED: September 29, 2023

>/s/ *Robert Chandler*
>Robert Chandler

>JAMIE ANN YAVELBERG
>PATRICK KLEIN
>JONATHAN K. HOERNER
>JOHN F. SCHIFALACQUA
>A. THOMAS MORRIS
>Attorneys
>Civil Division
>United States Department of Justice
>P.O. Box 261
>Ben Franklin Station
>Washington, D.C. 20044
>Telephone: (202) 514-4678

>Attorneys for the United States of America