1    MICHAEL D. GRANSTON
     Deputy Assistant Attorney General
2
     ISMAIL J. RAMSEY (CABN 189820)
3    United States Attorney
     MICHELLE LO (NYRN 4325163)
4    Chief, Civil Division
     MICHAEL T. PYLE (CABN 172954)
5    SAVITH IYENGAR (CABN 268342)
     Assistant United States Attorneys
6
            150 Almaden Boulevard, Suite 900
7           San Jose, California 95113
            Telephone: (408) 535-5087
8           Email: michael.t.pyle@usdoj.gov
9
     JAMIE ANN YAVELBERG
10   PATRICK M. KLEIN
     THOMAS MORRIS
11   JONATHAN K. HOERNER
     JOHN F. SCHIFALACQUA
12   ADAM J. DICLEMENTE
     Attorneys, Civil Division
13   United States Department of Justice
14          P.O. Box 261, Ben Franklin Station
            Washington, D.C. 20044
15          Telephone: (202) 514-4678
16   Attorneys for the United States of America

17                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
18                        SAN FRANCISCO DIVISION

19   UNITED STATES OF AMERICA, *ex rel.*    )  CASE NO. 3:13-cv-03835-JD
     ARTHUR R. JAHR, *et al.*, ANTHONY       )  RELATED ACTIONS: 3:16-CV-1106 JD;
20   SMITH, & DONALD K. WADSWORTH *et*       )                 3:16-CV-1107 JD
     *al.*,                                  )
21                                           )
                   Plaintiffs,               )  **PLAINTIFF UNITED STATES' STATEMENT**
22                                           )  **REGARDING TRIAL SCHEDULING**
            v.                               )
23                                           )
     TETRA TECH EC, INC.,                    )
24                                           )
                   Defendant.                )
25   _____)

26

27

28

1   Plaintiff United States of America respectfully submits this statement to the Court pursuant to the

2   Court's Civil Minute Order dated May 20, 2024, ECF No. 400.

3   The United States confirms that its action against Tetra Tech EC, Inc. ("TtEC"), Case No. 3:13-

4   cv-03835, will be the first case to proceed to trial.  The United States respectfully suggests that the

5   United States' first four causes of action in this case, which arise under the False Claims Act ("FCA")

6   and common law and will be tried to a jury (the "FCA claims"), ECF No. 372 at 55, be tried first, while

7   the United States' fifth cause of action under the Comprehensive Environmental Response,

8   Compensation, and Liability Act ("CERCLA"), which will be tried to the Court, be tried later.

9   The United States believes that the FCA claims should be tried first because trying a jury and

10  bench trial at the same time would cause confusion of the issues and substantial jury inconvenience due

11  to a longer, more complicated trial incorporating the FCA and CERCLA claims (and TtEC's

12  counterclaim, which relates to CERCLA alone), and the need for the jury to leave the courtroom for

13  long periods of time while certain parts of the CERCLA case are presented to the Court that are

14  inadmissible in the FCA case (e.g., apportionment of CERCLA liability taking the counterclaim's

15  allegations against the Navy into account).

16  Additionally, as described further in the United States' Second Amended Complaint, ECF No.

17  372, the issues presented by the FCA and CERCLA claims, while both relating to Tetra Tech's

18  fraudulent behavior, fundamentally differ in their substance and the relief sought.  The central issue in

19  the FCA claims is TtEC's knowing soil swapping and manipulation of scan data to expedite remediation

20  at the site, while the key issue in the CERCLA case is the movement of contamination by TtEC at the

21  site.  Moreover, the FCA claims' damages theories include worthless services, the benefit of the bargain

22  measure, damages for breach of contract, and punitive damages on the fraud claim.  These damages

23  measures stem from TtEC's soil swapping, scan data manipulation, and false chain of custody forms,

24  resulting in TtEC's claims for payment to the Government for site work tainted by TtEC's misconduct

25  and expenses incurred by the United States as a result.  In contrast, the CERCLA cost recovery

26  exclusively seeks the Navy's costs of re-work undertaken after the fraudulent behavior was discovered

27  at the site.  The United States will also use different experts for the FCA and CERCLA claims.  Finally,

28  many of the witnesses do not overlap, and to the extent they do, testimony in the FCA case may be used

in the CERCLA case.  For these reasons, the United States respectfully suggests that the FCA claims

proceed to trial first, with a bench trial to resolve the CERCLA claim to follow.

DATED:  May 23, 2024

ISMAIL J. RAMSEY
United States Attorney

*/s/ Savith Iyengar*
MICHAEL T. PYLE (CABN 172954)
SAVITH IYENGAR (CABN 268324)
Assistant United States Attorneys
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
Email: savith.iyengar@usdoj.gov

*/s/ A. Thomas Morris*
JAMIE ANN YAVELBERG
PATRICK KLEIN
A. THOMAS MORRIS
JONATHAN K. HOERNER
JOHN F. SCHIFALACQUA
ADAM J. DICLEMENTE
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-4678
Email: a.thomas.morris@usdoj.gov

*Attorneys for the United States of America as to the*
*First, Second, Third, and Fourth Causes of Action*
*Regarding FCA and Common Law Claims*

TODD KIM
Assistant Attorney General

*/s/ Elise Feldman*
ELISE S. FELDMAN
SHEILA McANANEY
KAYCI HINES
STEVE O'ROURKE
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Telephone: (415) 744-6470
Email: elise.feldman@usdoj.gov

*Attorneys for the United States of America as to the*
*Fifth Cause of Action Regarding the CERCLA Claim*