WILMER CUTLER PICKERING
  HALE AND DORR LLP
DAVINA PUJARI, SBN 183407
davina.pujari@wilmerhale.com
CHRISTOPHER A. RHEINHEIMER, SBN 253890
chris.rheinheimer@wilmerhale.com
1 Front Street, Suite 3500
San Francisco, California 94111
Telephone:   (628) 235-1002
Facsimile:   (628) 235-1001


WILMER CUTLER PICKERING
  HALE AND DORR LLP
CHRISTOPHER CASAMASSIMA, SBN 211280
chris.casamassima@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400


Attorneys for Defendants
TETRA TECH EC, INC.,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., Arthur R. Jahr, III et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH EC, INC.,<br><br>Defendant. | Case No. 3:13-CV-03835-JD<br><br>Related To:   Case No. 3:16-CV-1106-JD<br>              Case No. 3:16-CV-1107-JD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISCOVERY, EXPERT, AND DISPOSITIVE MOTION STAY** |

Plaintiff and Counterclaim-Defendant United States of America ("United States") and Defendant and Counterclaim-Plaintiff Tetra Tech EC, Inc. ("TtEC") (together, the "Parties"), by and through their respective counsel of record, submit this Stipulation and [Proposed] Order for Discovery, Expert, and Dispositive Motion Stay, and request that the Court enter the attached [Proposed] Order in the above-captioned case. Counsel for the Parties have met and conferred regarding this stipulation.

### A. Background

The United States and TtEC have engaged in a mediation with Judge Kendall J. Newman (Ret.) and are discussing the specific terms of a potential settlement of all claims in the United States' Second Amended Complaint [ECF No. 372] against TtEC (the "FCA/CERCLA case"). Any settlement is subject to the review and approval of appropriate government officials and TtEC. The Parties seek to reduce the continuing burden of fact and expert discovery on the Parties and witnesses while the specific settlement terms are negotiated and finalized. Accordingly, through this stipulation, the Parties hereby agree to stay discovery with respect to the above-captioned matter.[1]

### B. Partial Stay of Fact and Expert Discovery; Withdrawal of Pending Letter Briefs

1. The United States and TtEC agree not to serve or participate in any further discovery related solely to the FCA/CERCLA case. This includes the United States' inspection of TtEC hard copy records.
2. The deadlines for responses to any pending Requests for Admission or Interrogatories from TtEC to the United States, or the United States to TtEC, are stayed.

---

[1] This stipulation pertains only to the above-captioned matter. Nothing herein is intended to limit TtEC's or the United States' participation in discovery in *Five Point Holdings, LLC v. United States of America*, 3:20-cv-01480-JD, *Five Point Holdings, LLC v. Tetra Tec EC, Inc.*, 3:20-cv-01481-JD, *CPHP Dev., LLC v. Tetra Tech, Inc.*, 3:20-cv-01485-JD, or any other related matter.

3. To avoid the burden of witnesses sitting for an extra day of deposition testimony for the FCA/CERCLA case while the specific settlement terms are negotiated, all deposition notices issued by the United States in the FCA/CERCLA case will be withdrawn. The "CERCLA only" depositions noticed by TtEC pursuant to the Court's Order Regarding Supplemental Discovery Related to the United States' Second Amended Complaint (3:13-cv-03835-JD, ECF No. 398) will also be withdrawn or converted to non-CERCLA depositions.

4. The Parties agree to withdraw all pending discovery letter briefs filed against the other Party. The following letter briefs are withdrawn:

  - United States' Discovery Letter Brief Seeking Order Reconvening Tina Rolfe's Deposition (3:13-cv-03835-JD, ECF No. 383);

  - United States' Discovery Letter Brief Regarding Documents and Privilege Log from Stephen Rolfe for Upcoming Deposition (3:13-cv-03835-JD, ECF No. 401);

  - Tetra Tech's Discovery Letter Brief Regarding the United States' Demand for Documents from Stephen Rolfe (3:13-cv-03835-JD, ECF No. 408);

  - United States' Discovery Letter Brief Regarding the United States' Pending Challenge to Tetra Tech's Privilege Log (3:13-cv-03835-JD, ECF No. 423); and

  - United States' Discovery Letter Brief Regarding Tetra Tech's Clawback of Privileged Documents (3:13-cv-03835-JD, ECF No. 424).

5. All expert and dispositive motion deadlines in the FCA/CERCLA case are suspended pending the negotiation of the specific settlement terms.

6. In the event the specific settlement terms are not negotiated by December 31, 2024, the United States is permitted to notice and take 5-hour depositions of the following individuals by the end of February 2025 not subject to any deposition or timing limits in the CMO. The depositions will be held in a city chosen by each witness, and the parties in the other cases may attend in person or virtually via Zoom to minimize travel burden.

  - Daryl Delong

- Justin Hubbard
- Erik Abkemeier
- Steve Rolfe
- Thorpe Miller
- Andrew Bolt
- Terry Sindelar
- Shanti Montgomery

7. In the event the specific settlement terms are not negotiated by December 31, 2024, TtEC is permitted to notice and take 5-hour depositions of the following individuals by the end of February 2025 not subject to any deposition or timing limits in the CMO. The depositions will be held in a city chosen by each witness, and the parties in the other cases may attend in person or virtually via Zoom to minimize travel burden.

- Andrew Bain
- Daniel Dutra
- Paul Stoick
- Joe Cunningham
- Paul Wall

8. If the specific settlement terms are not negotiated by December 31, 2024 TtEC and the United States as Plaintiff will meet and confer to either (1) propose an additional extension of time for the Parties to finalize settlement terms; or (2) propose a new discovery schedule and discovery order to the Court to promptly resume discovery (including 30(b)(6) depositions of TtEC and the United States for topics related to the FCA/CERCLA case) and advance the FCA/CERCLA case towards trial. The United States and TtEC agree that the new schedule will propose at least a two-month extension of fact discovery, expert discovery, and dispositive motion deadlines in the FCA/CERCLA case.

### C. Further Amendment

Except as otherwise provided in this Stipulation, its terms may be amended only by written stipulation of the Parties approved by the Court, or by order of the Court for good cause shown.

**IT IS SO STIPULATED, through Counsel of Record.**

Dated: November 8, 2024    WILMER CUTLER PICKERING, HALE AND DORR LLP

By:   */s/ Davina Pujari*
     DAVINA PUJARI
     CHRISTOPHER CASAMASSIMA
     CHRISTOPHER A. RHEINHEIMER

*Attorneys for Defendant and Counterclaim-Plaintiff Tetra Tech EC, Inc.*

Dated: November 8, 2024    BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ISMAIL J. RAMSEY
United States Attorney

By:   */s/ Savith Iyengar*
MICHAEL T. PYLE (CABN 172954)
SAVITH IYENGAR (CABN 268324)
Assistant United States Attorneys
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
Email: savith.iyengar@usdoj.gov

*/s/ Jonathan K. Hoerner*
JAMIE ANN YAVELBERG
PATRICK KLEIN
A. THOMAS MORRIS
JONATHAN K. HOERNER
JOHN F. SCHIFALACQUA
ADAM J. DICLEMENTE
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-6849

jonathan.k.hoerner@usdoj.gov

*Attorneys for Plaintiff United States of America- First, Second, Third, and Fourth Causes of Action*

TODD KIM
Assistant Attorney General

/s/ Elise S. Feldman
ELISE S. FELDMAN
SHEILA McANANEY
KAYCI HINES
STEVE O'ROURKE
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
450 Golden Gate Avenue, Suite 07-6714
San Francisco, CA 94102
Telephone: (415) 744-6470
Elise.feldman@usdoj.gov
*Attorneys for Plaintiff and Counterclaim-Defendant United States of America- Fifth Cause of Action*

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I, Davina Pujari, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

/s/ Davina Pujari
Davina Pujari

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, discovery is stayed in the above-captioned matter as follows:

1. The United States and TtEC agree not to serve or participate in any further discovery related solely to the FCA/CERCLA case. This includes the United States' inspection of TtEC hard copy records.

2. The deadlines for responses to any pending Requests for Admission or Interrogatories from TtEC to the United States, or the United States to TtEC, are stayed.

3. To avoid the burden of witnesses sitting for an extra day of deposition testimony for the FCA/CERCLA case while the specific settlement terms are negotiated, all deposition notices issued by the United States in the FCA/CERCLA case will be withdrawn for the FCA/CERCLA case. The "CERCLA only" depositions noticed by TtEC pursuant to the Court's Order Regarding Supplemental Discovery Related to the United States' Second Amended Complaint (3:13-cv-03835-JD, ECF No. 398) will also be withdrawn or converted to non-CERCLA depositions.

4. All pending discovery letter briefs filed by one of the Parties against the other Party are withdrawn. The following letter briefs are withdrawn:

    - United States' Discovery Letter Brief Seeking Order Reconvening Tina Rolfe's Deposition (3:13-cv-03835-JD, ECF No. 383);

    - United States' Discovery Letter Brief Regarding Documents and Privilege Log from Stephen Rolfe for Upcoming Deposition (3:13-cv-03835-JD, ECF No. 401);

    - Tetra Tech's Discovery Letter Brief Regarding the United States' Demand for Documents from Stephen Rolfe (3:13-cv-03835-JD, ECF No. 408);

    - United States' Discovery Letter Brief Regarding the United States' Pending Challenge to Tetra Tech's Privilege Log (3:13-cv-03835-JD, ECF No. 423);

    - United States' Discovery Letter Brief Regarding Tetra Tech's Clawback of Privileged Documents (3:13-cv-03835-JD, ECF No. 424).

5. All expert and dispositive motion deadlines in the FCA/CERCLA case are suspended pending the negotiation of the specific settlement terms.

6. In the event the specific settlement terms are not negotiated by December 31, 2024, the United States is permitted to notice and take 5-hour depositions of the following individuals by the end of February 2025 not subject to any deposition or timing limits in the CMO. The depositions will be held in a city chosen by each witness, and the parties in the other cases may attend in person or virtually via Zoom to minimize travel burden.

- Daryl Delong
- Justin Hubbard
- Erik Abkemeier
- Steve Rolfe
- Thorpe Miller
- Andrew Bolt
- Terry Sindelar
- Shanti Montgomery

7. In the event the specific settlement terms are not negotiated by December 31, 2024, TtEC is permitted to notice and take 5-hour depositions of the following individuals by the end of February 2025 not subject to any deposition or timing limits in the CMO. The depositions will be held in a city chosen by each witness, and the parties in the other cases may attend in person or virtually via Zoom to minimize travel burden.

- Andrew Bain
- Daniel Dutra
- Paul Stoick
- Joe Cunningham
- Paul Wall

8. If the specific settlement terms are not negotiated by December 31, 2024 TtEC and the United States as Plaintiff will meet and confer to either (1) propose an additional extension of time for the Parties to finalize settlement terms; or (2) propose a new discovery schedule and discovery order to the Court to promptly resume discovery (including 30(b)(6) depositions of TtEC and the United States for topics related to the FCA/CERCLA case) and advance the FCA/CERCLA case towards trial. The United States and TtEC agree that the new schedule will propose at least a two-month extension of fact discovery, expert discovery, and dispositive motion deadlines in the FCA/CERCLA case.

IT IS SO ORDERED.

DATED: _____, 2024

_____
Honorable James Donato
United States District Court Judge