## Law Office of David C. Anton                    Contacts

**1717 Redwood Lane, Davis, CA 95616**
**Cell: (530) 220-4435**
E-Mail: DavidAntonlaw@gmail.com

November 11, 2024 – Via Email

The Honorable James Donato
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    Stipulation and [Proposed] Order For Discovery, Expert, and Dispositive
       Motion Stay
       Case Nos.    3:13-cv-03835-JD; 3:16-cv-01106-JD; 3:16-cv-01107-JD

To Your Honor:

**Relators' Request That The Court Hold Off On The Proposed Order For Discovery, Expert, and Dispositive Motion Stay To Permit Disclosure To Relators So Relators May Make An Informed Decision To Support Or Oppose The Proposed Stay.**

Relators' have 4 False Claims Act causes of action against Tetra Tech EC for Hunters Point that that the United States has not intervened in which are set to follow the discovery cut-off, expert disclosures, dispositive motion schedule, and go to trial in October of 2025.  Relators has no notice or involvement in the settlement discussions or the development of the Stipulation filed by Tetra Tech EC and the United States on November 8, 2024. (Dkt. No. 442) The first notice counsel for Relators had of the settlement processes or the Stipulation and proposed Order was his receipt of the Stipulation received via email from PACER on November 8, 2024.

The proposed Order would impact Relators' False Claims Act discovery, experts, dispositive motions, and potentially trial dates, all without any disclosure or involvement of Relators. Relators' counsel has no idea or information on what the settlement discussions involve, whether they embrace Relators claims without involving Relators at all, whether the settlement discussions intend to recognize the value of the False Claims Act or intend to undercut the worth and value of the False Claims Act to provide Tetra Tech EC with a Public Relations win to claim no fraud and no liability to Relators for fees and costs, and benefit the United States by denying the Relators the statutory share of recovery mandated under the False Claims Act. Relators' counsel has simply no idea if the proposed Order is intended to unjustly compromise and harm the interests of the Relators who blew the whistle on the Tetra Tech EC frauds.

Until Relators have been given an opportunity to understand the potential terms of the settlement between the United States and Tetra Tech EC, and obtained a basic understanding of how the current settlement concepts would impact Relators, it is respectfully submitted that the Court hold off on the proposed Stipulation and Order. Counsel for Relators will submit a letter to the Court immediately after being advised and understanding the scope and impact these events will or could have on Relators claims pending before this Court.

### Background On Relators Claims And The United States Claims

This letter is filed on behalf of the "Jahr" Relators, Arthur Jahr, III, Susan Andrews, Elbert Bowers, and Archie Jackson who filed in 2013 and pursued a False Claims Act case number 13-cv-03835-JD against Tetra Tech EC. This letter is also filed on behalf of Relator Anthony Smith who filed in 2016 and pursued a False Claim Act case 3:16-cv-01106-JD number against Tetra Tech EC. This letter is also filed on behalf of the "Wadsworth" Relators, Donald Wadsworth and Robert McLean, who filed in 2016 and pursued a False Claim Act case 3:16-cv-01107-JD number against Tetra Tech EC. The United States elected to intervene in all three of these False Claims Act cases. (Jahr Dkt. No. 26, Smith Dkt. No. 21, Wadsworth Dkt. No. 22) The United States filed Complaints In Intervention Against Tetra Tech EC, Inc. for all three Relators' cases on January 14, 2019. (Jahr Dkt. No. 28, Smith Dkt. No. 23, Wadsworth Dkt. No. 22).

The initial United States Complaints In Intervention were identical for all three cases and contained two causes of action under the federal False Claims Act, and one count for breach of contract. The Complaints in Intervention all alleged that the United States was damaged, not only by the false claims for payment, but were damaged due to the disruption, uncertainty, and delays due to Tetra Tech EC's fraud. The United States alleged: "Because of Tetra Tech's fraud in investigation of the radiological contamination, the Navy will have to pay another contractor to re-test much of the soil and buildings in the Parcels where Tetra Tech worked in order to determine whether further remediation is necessary." (¶ 72).

This Court directed the United States and Relators to each file amended complaints, and directed that the three complaints be combined into one combined complaint. This Court directed that the 13-cv-03835 case number was to be used for the lead case number for the combined complaints and for all other later pleadings. The United States filed its First Amended Complaint on July 15, 2019, using 13-cv-3835-JD as the filing number, and listing the two other case numbers as subordinate case numbers. (Dkt. No. 82) The United States First Amended Complaint again contained the same two causes of action under the False Claims Act and the same cause of action for breach of contract as alleged in the United States' original complaint. However, in "H. Consequences of Tetra Tech's Misconduct" the United States added as damages: "The Navy will also have to pay for any further remediation. The Navy has had to devote substantial resources to work with the EPA, DTSC, and CDPH to create plans for re-testing and potential remediation." (Dkt. 82 ¶92)

Relators filed a Combined First Amended Complaint under seal on August 16, 2019, (Dkt. No. 99) and a Combined Second Amended Complaint on February 27, 2020. (Dkt. No. 148) Defendants filed motions to dismiss that resulted in an Order Re Motions To Dismiss Relators' Complaints on June 28, 2022. (Dkt. 283) Relators were granted leave to amend and filed their Combined Third Amended Complaint (CTAC) on August 21, 2022. (Dkt. No. 289) Defendants filed motions to dismiss that resulted in an Omnibus Order Re Motions To Dismiss, Strike and Amend by this Court filed on March 5, 2024. (Dkt. No. 371) The Relators CTAC claims against Tetra Tech EC and Tetra Tech under the False Claims Act that had not been intervened in by the United States, and that survived the motions to dismiss pursuant to the Omnibus Order are the following causes of action:

    A.  First Cause of Action (COA) – Hunters Point PCB Hot Spot Soil Fraud (Dkt. No. 289, ¶28-40) against Tetra Tech EC;

    B.  Second COA – Pipe "Vicinity Fraud" (¶41, 51-57) against Tetra Tech EC;

    C.  Fourth COA – Hunters Point Copper Removal and Sale (¶65-72) against Tetra Tech EC;

    D.  Seventh COA – Treasure Island – Fraudulent Radiological Scans and Soil Samples (¶87-92) against Tetra Tech EC;

    E.  Thirteenth COA – Treasure Island – Fraud In Development of The Treasure Island Final Historical Radiological Assessment Supplemental Technical Memorandum (¶126-130) against Tetra Tech EM and Tetra Tech, Inc.;

    F.  Fourteenth COA- Conspiracy (¶131-147), Tetra Tech EC.

    Three days after the Court's Omnibus Order, the United States filed its Second Amended Complaint Against Tetra Tech EC, Inc. on March 8, 2024. ("SAC," Dkt. No. 372). The United States SAC contained new allegations, including new allegations in the "K. Consequences of Tetra Tech's Misconduct" compared to the United States FAC. The SAC contains new paragraphs 137, 138, 141, and 142, and edited paragraphs 139 and 140. These new paragraphs allege that the misconduct of Tetra Tech EC rendered the work unreliable and force the Navy to undertake new investigation and cleanup of Hunters Point, with extensive re-sampling, Work Plans for Rework of each Hunters Point parcel, and that over $30 million to date had been spent on the re-work due to Tetra Tech EC's "fraudulent course of conduct". (See, ¶137-142) The United States SAC added a common law fraud cause of action (¶151-165) and a CERCLA cause of action (¶161-178).

    The Court has Ordered that trial of the Hunters Point False Claims Act allegations brought by the Relators and the United States to commence in October of 2025. (Dkt. No. 433) Expert reports for the False Claims Act trial are scheduled with opening reports due February 7, 2025 and rebuttal reports due by March 7, 2025. (Id.) Fact discovery cut-off for the Hunters Point False Claims Act cases is set for January 5, 2025. (Id.)

    Relators request this Court to hold off on the Stipulation and Proposed Order For Discovery, Expert, and Dispositive Motion Stay to allow counsel for Relators to be advised of the terms, conditions, and potential impact of the current settlement discussions. Realtors are centrally involved in the False Claims Act case and the proposed Order directly impacts Relators and their False Claims Act claims against Tetra Tech EC for its conduct at Hunters Point.

Respectfully submitted,

  David Anton
Counsel for all Relators