# Law Office of David C. Anton                    Contacts

1717 Redwood Lane, Davis, CA 95616
Cell: (530) 220-4435
E-Mail: DavidAntonlaw@gmail.com

November 13, 2024

The Honorable James Donato
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Stipulation and [Proposed] Order For Discovery, Expert, and Dispositive Motion Stay
      Case Nos.   3:13-cv-03835-JD; 3:16-cv-01106-JD; 3:16-cv-01107-JD

To Your Honor:

**Relators' Agreement With The Proposed Order For Discovery, Expert, and Dispositive Motion Stay (Dkt. No. 442) After Consultation With The Department of Justice.**

    On November 11, 2024, as counsel for Relators, I submitted a letter to the Court (Dkt. No. 443) requesting that the Court hold off on deciding whether to approve the November 8, 2024 stipulation and proposed order submitted by counsel for Tetra Tech EC and the counsel for the United States. (Stipulation and Proposed Order Dkt. No.442) As of the time I submitted the November 11, 2024 letter, I had no involvement or information regarding the settlement discussions or the planned impact of the proposed o order's "partial stay". On November 12, 2024, I had a conference with counsel for the United States on the planned effect of the proposed partial stay, reasons for the stipulation and the proposed stay, and the benefits to the parties in the False Claims Act cases involving Relators.

    After consultation with counsel for the United States, on behalf of all Relators involved in the combined False Claims Act case before this Court, I support in whole the stipulation terms of a partial stay and the request for an Order by this Court to approve the partial stay as set forth in items 1-7 of the proposed Order. Further, as counsel for all Relators, I also support the proposed term set forth in item 8 of the proposed Order for a potential extension of time in the False Claims Act case, which includes a CERCLA claim, if the settlement terms are not fully negotiated by December 31, 2024.

    In sum, as counsel for Relators, I submit to the Court that the stipulation and proposed Order submitted by counsel for Tetra Tech EC, Inc. and counsel for the United States (Dkt. No. 442) is in the interests of the parties, including Relators. As such, Relators request that the Court approve the Order as submitted on November 8, 2024, in docket filing number 442.

Respectfully submitted,

___David Anton_____
Counsel for all Relators