**Law Office of David C. Anton** **Contacts**

**1717 Redwood Lane**
**Davis, CA 95616**
**Cell: (530) 220-4435**
E-Mail: DavidAntonlaw@gmail.com

January 17, 2025

To the Honorable James Donato

RE: Discovery to determine if Relators have Objection to Settlement Being Fair, Adequate, and Reasonable Under All The Circumstances Per 31 USC §3730(c)2(B) - Case No. 3:13-CV-3835-JD

Judge Donato:

In November of 2024, DOJ counsel advised me that defendants Tetra Tech EC, Inc. and the United States had reached a tentative settlement of the United States Second Amended Complaint in Intervention in the above-captioned case. The DOJ counsel advised that the settlement had allocated settlement value to the False Claims Act causes of Action, and separately allocated settlement sums to the CERCLA cause of action added to the complaint in 2023. The DOJ counsel advised me of the amount of the settlement for the False Claims Act causes of action, and refused to tell me the settlement amount for the CERCLA cause of action, or any information about the reasons for the CERCLA settlement, or the rationale for the settlement allocation between the False Claims Act and CERCLA.

In December of 2024, and January of 2025, I engaged in meet and confer efforts with DOJ counsel regarding the settlement, and efforts to obtain voluntary discovery into the full settlement. The DOJ refused to provide any information regarding the CERCLA settlement. In January of 2025, I served discovery on the DOJ regarding the settlement that included Requests for Admission, Interrogatories, and Document Requests.

On January 17, 2025, DOJ counsel advised me that the DOJ would not respond to any discovery regarding the settlement without an Order of the Court. In meet and confer effort I explained to DOJ counsel that I would request an Order of the Court for Relators to propound discovery into the settlement's fairness. I have attached the discovery requests that I served on counsel for the DOJ on January 12, 2025, titled "**RELATOR ROBERT McLEAN'S MODIFIED LIMITED REQUESTS DUE TO MEET AND CONFER EFFORTS FOR ADMISSIONS, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENT DISCOVERY TO THE UNITED STATES OF AMERICA FOR PURPOSES OF SETTLEMENT".** I request an Order that the DOJ respond to the discovery propounded on January 12, 2025, so that Relators may be prepared to properly evaluate the United States settlement with Tetra Tech EC. See, *US ex rel. McCoy v. California Medical Review*, 133 F.R.D. 143, 149 (ND. 1990)

Respectfully,

_____David Anton___
David Anton
Counsel for Relators