David C. Anton (Cal. SBN 94852)
Margaret E. Roeckl (Cal SBN 129783)
Law Office of David Anton
1717 Redwood Lane
Davis, CA 95616

Tel: 530-220-4435
Email: davidantonlaw@gmail.com

Counsel for FCA Relators

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, ex rel., ARTHUR R. JAHR, III, ET AL., ANTHONY SMITH, & DONALD K. WADSWORTH et al.,

Relators/Plaintiffs,

vs.

TETRA TECH EC, INC., et al.

Defendants.

CASE NO. 3:13-CV-03835- JD

Related Actions: 3:16-CV-1106-JD
3:16-CV-1107-JD

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)**

WHEREAS, Plaintiff-Relators Arthur R. Jahr III, Elbert G. Bowers, Susan V. Andrews, Archie R. Jackson, Anthony Smith, Donald K. Wadsworth, and Robert McLean (collectively the "Relators") brought this qui tam action, on behalf of real party in interest the United States of America, acting through the United States Department of Justice ("United States"), against Defendants Tetra Tech EC, Inc., Tetra Tech, Inc. (the "Tetra Tech Defendants") and a number of additional personal and corporate defendants.

WHEREAS, Relators allege violations of the federal False Claims Act ("FCA"), pursuant to 31 U.S.C. §§ 3729(a)(1) *et seq.*



LAW OFFICE OF DAVID ANTON
1717 REDWOOD LANE
DAVIS, CA 95616

WHEREAS, the United States filed a complaint in intervention on some, but not all, of Relators' claims against the Tetra Tech Defendants.

WHEREAS, all of the pending non-intervened claims against the Tetra Tech Defendants are alleged in Counts 1, 2, 4, 7, 13, and 14 of Relators' Third Amended Complaint, ECF No. 289 in 13-cv-03835 ("Non-Intervened Claims").

WHEREAS, Relators wish to voluntarily dismiss their Non-Intervened Claims against the Tetra Tech Defendants with prejudice.

WHEREAS, the Tetra Tech Defendants agree and stipulate to such dismissal.

WHEREAS, the United States consents to the dismissal of the Non-Intervened Claims against the Tetra Tech Defendants with prejudice as to the Relators, and without prejudice as to the United States, and will file a separate notice of consent to dismissal.

WHEREAS, Relators and the Tetra Tech Defendants agree to the dismissal of the Non-Intervened Claims with each side the bear their own costs and expenses for the Non-Intervened Claims. Relators claims for attorney fees, costs, and expenses for Relators claims intervened in by the United States are reserved for future Court resolution. Nothing in this stipulation limits or restricts the Tetra Tech Defendants' rights with respect to existing or future claims against the government under the Contract Disputes Act related to Hunters Point, as reserved in the Settlement Agreement between the Tetra Tech, Inc. and the United States, effective date January 17, 2025.

It is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Tetra Tech EC, Inc. and Tetra Tech, Inc. are dismissed from Relators' Non-Intervened Claims with prejudice as to Relators, and without prejudice as to the United States.

///

LAW OFFICE OF DAVID ANTON
1717 REDWOOD LANE
DAVIS, CA 95616

LAW OFFICE OF DAVID ANTON
1717 REDWOOD LANE
DAVIS, CA 95616

LAW OFFICE OF DAVID ANTON

Dated: 3/24/2025

By: /s/ David Anton
David Anton
Counsel for Relators,
SUSAN ANDREWS, ELBERT BOWERS, ARCHIE JACKSON, ARTHUR JAHR III ESTATE, ANTHONY SMITH, DONALD K. WADSWORTH, and ROBERT L. MCLEAN

Dated: 3/24/2005

WILMERHALE, LLP

By: */S/ DAVINA PUJARI*
DAVINA PUJARI
CHRISTOPHER T. CASAMASSIMA
CHRISTOPHER A. RHEINHEIMER
ANDREW RHYS DAVIES
MICHAEL J. BROWN
*Attorneys for TETRA TECH, INC., TETRA TECH EC, INC.*

I, David Anton, do hereby attest that the signature designations were authorized by the attorney whose name appears on the signature line.

Dated: 3/24/2025 /s/ David C. Anton