David C. Anton (Cal. SBN 94852)
Margaret E. Roeckl (Cal SBN 129783)
Law Office of David Anton
1717 Redwood Lane
Davis, CA 95616

Tel: 530-220-4435
Email: davidantonlaw@gmail.com

Counsel for FCA Relators

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., ARTHUR R. JAHR, III, ET AL., ANTHONY SMITH, & DONALD K. WADSWORTH et al.,<br><br>Relators/Plaintiffs,<br><br>vs.<br><br>TETRA TECH EC, INC., et al.<br><br>Defendants. | CASE NO. 3:13-CV-03835- JD<br><br>Related Actions: 3:16-CV-1106-JD<br>　　　　　　　　　　3:16-CV-1107-JD<br><br>**[proposed]**<br>**ORDER OF DISMISSAL OF NON-INTERVENED CLAIMS AGAINST TETRA TECH EC, INC., AND TETRA TECH, INC. BY RELATORS** |

On March 24, 2025, Relators Arthur R. Jahr III, Elbert G. Bowers, Susan V. Andrews, Archie R. Jackson, Anthony Smith, Donald K. Wadsworth, and Robert McLean ("Relators"), by and through counsel, filed a Stipulation for Voluntary Dismissal (ECF No. 473) as to all non-intervened claims asserted by Relators against Defendants Tetra Tech EC, Inc. and Tetra Tech, Inc. (collectively, "the Tetra Tech Defendants") on behalf of the United States of America, pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §3729, *et seq.,* as amended. The stipulation of dismissal is without prejudice as to the United States as to all claims

- 1 -

[Proposed] ORDER OF DISMISSAL OF NON-INTERVENED CLAIMS

asserted against the Tetra Tech Defendants in Relators' Third Amended Consolidated Complaint (ECF No. 289).

On March 24, 2025, pursuant to 31 U.S.C. §3730(b)(1), the United States filed a consent to the Relators' dismissal of the Tetra Tech Defendants as to the non-intervened claims, and concurred with Relators request that this Court approve the Notice of Dismissal. (ECF No. 474) The United States submitted a proposed Order with the United States Consent. (ECF 474 page 4). The United States proposed Order was not submitted to Relators or the Tetra Tech Defendants prior to submission. The United States proposed Order does not set forth the agreed upon terms as part of the Stipulation between the Relators and the Tetra Tech Defendants filed on March 24, 2025. (ECF 473 p.2:12-19.) The following proposed Order is in accord with the terms Stipulated to between the Relators and the Tetra Tech Defendants, and is submitted for approval by the Court.

March 24, 2025                                        Respectfully submitted,

                                                                        /s/ David Anton

                                                                        David Anton

                                                                        Attorney for all Relators

//

//

//

[Proposed] ORDER OF DISMISSAL OF NON-INTERVENED CLAIMS

[PROPOSED] **ORDER**

Relators Arthur R. Jahr III, Elbert G. Bowers, Susan V. Andrews, Archie R. Jackson, Anthony Smith, Donald K. Wadsworth, and Robert McLean ("Relators"), having voluntarily dismissed their claims asserted against Defendants Tetra Tech EC, Inc. and Tetra Tech, Inc. (collectively, "the Tetra Tech Defendants") and the United States having consented to the dismissal of these claims, IT IS HEREBY ORDERED THAT:

1. This action is dismissed with respect to all non-intervened claims asserted by Relators against the Tetra Tech Defendants. The dismissal is with prejudice as to Relators and without prejudice as to the United States.

2. Each party will bear their own costs and expenses for the non-intervened claims.

3. Relators claims for attorney fees, costs, and expenses for Relators claims intervened in by the United States are reserved for future Court resolution.

4. The Order and the stipulation between Relators and the Tetra Tech Defendants does not limit or restrict the Tetra Tech Defendants' rights with respect to existing or future claims against the government under the Contract Disputes Act related to Hunters Point, as reserved in the Settlement Agreement between the Tetra Tech Defendants and the United States, effective date January 17, 2025.

**IT IS SO ORDERED.**

Dated: _____

HON. JAMES DONATO

United States District Judge