1  David C. Anton (Cal. SBN 94852)
   Margaret E. Roeckl (Cal SBN 129783)
2  Law Office of David Anton
   1717 Redwood Lane
3  Davis, CA 95616

4  Tel: 530-220-4435
   Email: davidantonlaw@gmail.com
5
   Counsel for All FCA Relators
6

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., ARTHUR R. JAHR, III, ET AL., ANTHONY SMITH, & DONALD K. WADSWORTH et al.,<br><br>               Relators/Plaintiffs,<br><br>vs.<br><br>TETRA TECH EC, INC., et al.<br><br>               Defendants. | CASE NO. 3:13-CV-03835- JD<br><br>Related Actions: 3:16-CV-1106-JD<br>                           3:16-CV-1107-JD<br><br>**DECLARATION OF DAVID C. ANTON FOR EXHIBITS A-D TO COMBINED BRIEF ON RELATORS' SHARE** |

I, David Anton, declare:

1.  I am a counsel for the Relators in the cases of United States of America ex rel. Authur R. Jahr III et al v. Tetra Tech, EC, Inc. et al. Case 3:13-CV-03835; Anthony Smith United States of America ex rel. Authur R. Jahr III et al v. Tetra Tech, EC, Inc. et al. Case 3:16-CV-01107 and United States of America ex rel. Donald Wadsworth et al v. Tetra Tech, EC, Inc. et al. Case 3:16-CV-01107.  I have personal knowledge of the facts set forth herein, except to those matters stated on information and belief, and as to those matters, I am informed and believe them to be true.  If called as a witness, I could and would competently testify to the matters set forth herein.

2.  Attached hereto as Exhibit A is Attachment A to the brief which compares for First-To-File purposes the Jahr Complaint allegations of Jane Taylor Incompetence with the Smith Soil Swapping fraud and the building scan fraud of "Just Get Numbers", and the comparison of the Jahr complaint on Jane Taylor Incompetence with the Wadsworth and McLean Complaint False Soil Plots and Maps, and the allegation of Building Data Manipulation. This Attachment was created by the Law Office of David Anton to assist the Court.

3.  Attached hereto as Exhibit B are true and correct copies of excerpts of the deposition transcript of Relator Anthony Smith taken in this case. Highlighting in yellow has been added to assist the Court.

4.  Attached hereto as Exhibit C are true and correct copies of excerpts of the deposition transcript of Jane Taylor taken in this case. Highlighting in yellow has been added to assist the Court.

5. Attached hereto as Exhibit D are true and correct copies of excerpts of the deposition transcript of Bryan White taken in this case. Highlighting in yellow has been added to assist the Court.

I declare that the foregoing is true and correct and of my own personal knowledge. Executed in Davis, California on December 6, 2025.

David Anton