David C. Anton (Cal. SBN 94852)
Margaret E. Roeckl (Cal SBN 129783)
Law Office of David Anton
1717 Redwood Lane
Davis, CA 95616

Tel: 530-220-4435
Email: davidantonlaw@gmail.com

Counsel for All FCA Relators

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., ARTHUR R. JAHR, III, ET AL., ANTHONY SMITH, & DONALD K. WADSWORTH et al., <br><br> Relators/Plaintiffs, <br><br> vs. <br><br> TETRA TECH EC, INC., et al. <br><br> Defendants. | CASE NO. 3:13-CV-03835- JD <br><br> Related Actions: 3:16-CV-1106-JD 3:16-CV-1107-JD <br><br> **RELATORS' NOTICE OF MOTION AND MOTION FOR COURT APPROVAL OF RELATORS' SHARE PERCENTAGE FOR SOIL FRAUD SETTLEMENT AT 21% AND BUILDING FRAUD SETTLEMENT AT 21% PURSUANT TO 31 U.S.C. §3730 (d)(1)** <br><br> Hearing Date: August 13, 2026 <br> Time: 11:00 a.m. <br> Judge: Hon. James Donato <br> Courtroom: 11 – 19th Floor |

LAW OFFICE OF DAVID ANTON
1717 REDWOOD LANE
DAVIS, CA 95616

Motion for Court Approval of Relators' Share §3730(d)(1) At 21%        13-CV-03835-JD

LAW OFFICE OF DAVID ANTON
1717 REDWOOD LANE
DAVIS, CA 95616

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 13, 2026, at 11:00 a.m. in Courtroom 11 on the 19th Floor of the Honorable James Donato of the United States District Court for the Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, CA 94102, the Relators will and hereby move the Court pursuant to 31 U.S.C. §3730(d)(1) for Court approval of Relators' Share percentage for soil fraud settlement at 21% and building fraud settlement at 21%.

This motion is based on this Relators' Motion for Court Approval of Relators' Share Percentage For Soil Fraud Settlement at 21% and Building Fraud Settlement at 21% pursuant to 31 U.S.C. §3730(d)(1), the accompanying memorandum of points and authorities, the declaration in support of the motion, the pleadings and papers on file in this action, such oral argument that may be heard, and such other matters as the Court may consider.

Dated: July 6, 2026                    Respectfully submitted,

                                       Law Office of David C. Anton


                                       ____/David C. Anton/_____
                                       David C. Anton
                                       Attorney for All Relators

Motion for Court Approval of Relators' Share §3730(d)(1) At 21%          13-CV-03835-JD

**POINTS AND AUTHORITIES**

Relators move this Court for an Order approving the agreement between the Relators and the United States that Relators are to receive 21% of the value of the Soil Fraud Claims settled with TtEC for $51,870,00, for which payment and interest were received by the United States from TtEC, and for the Building Fraud Claims settled with TtEC for $5,130,00, for which payment and interest were received by the United States. The Relators as a group substantially contributed to the prosecution and successful resolution of the FCA litigation against TtEC.

**A.     The United States And The Relators Have Agreed To Relators Receiving A 21% Share Of The Settlement Proceeds From Tetra Tech EC.**

In December of 2025, the United States and the Relators agreed to the Relators receiving a 21% share of the settlement with TTEC, both the Soil Fraud and Building Fraud claims. See, USA's ECF 520 at p.13:8-10. See also, Declaration of David Anton, paragraphs 2-3.

**B.     The Relators' Substantial Contributions To The Prosecution of The Action Warrant the Agreed-To 21% Share To Relators.**

The Relators substantially contributed to the settlement with TtEC, including the Soil Fraud and Building Fraud Claims the USA litigated and settled with TtEC, as well as the CERCLA claims added to the litigation. See, Relators' ECF 512 at p. 22:16-28:28. The Relators jointly support the 21% share due to their substantial contributions to the settlement between the USA and TtEC. The *Jahr* Relators' brief of December 5, 2025, provided information that they contributed substantially to the settlement with TtEC. See, *Jahr* brief, ECF 517 at p. 1:1-9:12. The *Smith* Relator's brief of December 5, 2025, provided information that he contributed substantially to the settlement with TtEC. See, *Smith* brief, ECF 518 at p. 1:1-9:6. The *Wadsworth/McLean* Relators' brief of December 5, 2025, provided information that they contributed substantially to the settlement with TtEC. See, *Wadsworth/McLean* brief, ECF 519 at p. 1:1-8:6.

**C.     The Order Affirming That the Relators' Share Shall Be 21% Of the Base Settlement Of $57 Million Should Include An Order That Relators Are Also Entitled To An Award of Interest Received By The United States On Their Share.**

The December 5, 2025 brief of the USA disclosed that TtEC paid the DOJ the $57 million FCA settlement, plus interest, on January 27, 2025. (ECF 520 p. 22:5-8) The payment by TtEC included $356,054.79 in interest on the FCA settlement in addition to the $57,000,000 FCA

Motion for Court Approval of Relators' Share §3730(d)(1) At 21%   13-CV-03835-JD     - 1 -

LAW OFFICE OF DAVID ANTON
1717 REDWOOD LANE
DAVIS, CA 95616

LAW OFFICE OF DAVID ANTON
1717 REDWOOD LANE
DAVIS, CA 95616

settlement sum, for a total payment of $57,356,054.79. (Hoerner Decl. ECF 520-1 p. 5:8-9) [1] The Relators are to receive 21% of the settlement proceeds paid by TtEC. Interest on the settlement that TtEC paid to the United States is part of the settlement recovery and Relators are entitled to the interest earned on their portion of the settlement funds.

If the USA has continued to hold the settlement sums in a non-interest-bearing account, the 21% Relators' share would be $12,044,771.51 ($57,000,000 X 21%= $11,970,000 plus $356,054.79 X 21%=$74,771.51 totals $12,044,771.51). If the United States had placed the settlement sums in an interest-bearing account, the additional interest should be noted and 21% of the interest on the full settlement, or all interest on the Relators' 21% share, should be added to the Relators' share recovery.

**D.    Conclusion**

For the foregoing reasons, it is respectfully submitted that the agreement between the United States and Relators to a 21% share of the FCA settlement sums is appropriate due to the substantial contributions of the Relators to the prosecution of the action under §3730(d)(1). Relators request that the Court issue an Order approving the Agreement of the Parties that the Relators' Share is set at 21% under the False Claims Act.   A proposed Order is submitted for the Court's consideration.

Dated: July 6, 2026                                 Respectfully submitted,

                                                              Law Office of David C. Anton

                                                                  //David C. Anton//
                                                                  David C. Anton
                                                                  Attorney for All Relators

---

[1] The USA instructed its financial office to segregate 25% of the settlement funds, the maximum share the relators may receive. The funds have been held in a non-interest-bearing account controlled by the DOJ. (ECF 520 p. 22:5-16) Because the DOJ has held the funds in a non-interest-bearing account, Relators have filed a motion for the 21% of the settlement sum and interest to be disbursed to Relators' counsel to be placed in an interest-bearing account pending Order of the Court as to financial allocation between the three relator cases.

Motion for Court Approval of Relators' Share §3730(d)(1) At 21%   13-CV-03835-JD      - 2 -